In the Matter of the Petition of WILLIAM A. EVANS, as Executor, etc., of HERBERT P. BROWN, Deceased, Respondent, to Compel WALSTON H. BROWN, as Executor, etc.; of SARAH M. BROWN, Deceased, Appellant, to Render and Settle His Accounts as Such Executor and Trustee.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.